IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RAUL DE LA ROSA,<br><br>        Plaintiff,<br><br>vs.<br><br>TROOPER MARK WHITE, Badge # 4717, and all persons acting in concert with him or at his direction and control;<br><br>        Defendant. | 4:14CV3055<br><br>**ORDER** |

On May 29, 2014, the Court entered an order (filing no. 7) which required the parties to participate in a telephonic conference on October 28, 2014 at 11:30 a.m. Counsel for plaintiff was ordered to place the call.

The Plaintiff, Raul De La Rosa, did not comply with the order, and has not explained his failure to comply with the order.

Accordingly,

IT IS ORDERED that Plaintiff, Raul De La Rosa, is given until November 28, 2014 to show cause why the court should not dismiss the plaintiff's claims for want of prosecution. Failure to timely comply with this order may result in dismissal of the claims filed by the Plaintiff without further notice.

Dated this 28th day of October, 2014

                                            BY THE COURT:

                                            *s/ Cheryl R. Zwart*
                                            United States Magistrate Judge