IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RAUL DE LA ROSA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TROOPER MARK WHITE,<br><br>　　　　　Defendant. | 4:14-CV-3055<br><br>ORDER |

　　　This matter is before the Court on the plaintiff's Motion for Enlargement of Time to Respond to Defendant's Motion for Summary Judgment (filing 19). That motion will be granted, and the deadline for responding to the defendant's motion will be extended until January 5, 2015, as the plaintiff requested. However, the trial of this case is currently set to begin on January 27, 2015, and the pretrial conference is set for January 13. In order for the defendant to have an opportunity to reply in support of his motion for summary judgment, and for the Court to fully consider the motion, extending the briefing schedule on the motion for summary judgment requires that the pretrial conference and trial be continued. Accordingly,

　　　IT IS ORDERED:

　　　1.　　The plaintiff's Motion for Enlargement of Time to Respond to Defendant's Motion for Summary Judgment (filing 19) is granted.

　　　2.　　The plaintiff may file his response to the defendant's motion for summary judgment on or before January 5, 2015.

　　　3.　　The defendant may reply in support of his motion for summary judgment on or before January 15, 2015.

　　　4.　　The pretrial conference scheduled for January 13, 2015 and trial set to begin on January 27, 2015 are continued until further order of the Court.

- 2 -

5. A telephonic conference with United States Magistrate Judge Cheryl R. Zwart will be held on December 3, 2014 at 10:00 a.m. to discuss further case progression. Counsel for plaintiff shall place the call.

Dated this 24th day of November, 2014.

                              BY THE COURT:

                              *John M. Gerrard*
                              John M. Gerrard
                              United States District Judge