IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RAUL DE LA ROSA, | |
| Plaintiff, | 4:14-CV-3055 |
| vs. | |
| TROOPER MARK WHITE, | ORDER |
| Defendant. | |

The U.S. Court of Appeals for the Eighth Circuit has issued its mandate in the above-captioned case. Filing 42. It appears to the Court that the Eighth Circuit's decision (filing 38) is, in conjunction with the Court's previous memorandum and order (filing 27), wholly dispositive of this case, and that judgment should be entered dismissing the plaintiff's complaint. *See generally*, *U.S. Fid. & Guar. Co. v. Concrete Holding Co.*, 168 F.3d 340, 342 (8th Cir. 1999). But from an excess of caution, the Court will provide the plaintiff with a final opportunity to identify any outstanding issues.

IT IS ORDERED:

1. The plaintiff shall show cause, on or before June 26, 2017, why judgment should not be entered dismissing his complaint.

2. Absent a response, the Court will enter judgment without further notice.

Dated this 19th day of June, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge