IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RAUL DE LA ROSA,<br><br>             Plaintiff,<br><br>vs.<br><br>TROOPER MARK WHITE, et. al;<br><br>             Defendant. | **4:14CV3055**<br><br>**ORDER** |

IT IS ORDERED:

1) The motion to withdraw filed by Katie M. Martens, as counsel of record for Plaintiff (Filing No. 44), is granted.

2) On or before July 11, 2017, Plaintiff shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of his intent to litigate this case without the assistance of counsel. The failure to do so will result in a dismissal of Plaintiff's claims without further notice.

3) On the court's own motion, the prior show cause deadline (see Filing No. 43), is extended. The plaintiff shall show cause, on or before July 11, 2017, why judgment should not be entered dismissing his complaint. The failure to do so will result in a dismissal of Plaintiff's claims without further notice.

4) The clerk shall mail a copy of this order to Plaintiff at 3556 Woodside Court, Joliet, Illinois 60431.

June 20, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge