IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RAUL DE LA ROSA,<br><br>        Plaintiff,<br><br>vs.<br><br>TROOPER MARK WHITE, et. al;<br><br>        Defendant. | **4:14CV3055**<br><br>**ORDER** |

IT IS ORDERED:

1) The motion to withdraw filed by Bruce Teichman, as counsel of record for Plaintiff (Filing No. 44), is granted.

2) The clerk shall mail a copy of this order to Plaintiff at 3556 Woodside Court, Joliet, Illinois 60431.

June 20, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge